**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MIRAGE IP LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 2:17-cv-00381-JRG-RSP** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |
| **OSCOR INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's Motion for Dismissal Without Prejudice of all claims asserted against Defendant Oscor Inc., (hereinafter "Defendant"), the Motion for Dismissal Without Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Defendant, are hereby dismissed without prejudice.

**SIGNED this 2nd day of June, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE